AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No. |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                                    *Attorney's signature*

Thomas M. Kersey           VSB#93602
Amanda R. Williams         DCB#1686445
*Printed name and bar number*

*Address*
THOMAS.M.KERSEY.CIV@MAIL.MIL
AMANDA.R.WILLIAMS79.CIV@MAIL.MIL
*E-mail address*

(703)697-6664
(703)695-0827
*Telephone number*

_____
*FAX number*