IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No: 1:25-PO-00343-IDD |
| v. | ) | |
| | ) | Pentagon Docket |
| CHARLES PENA LOPEZ, | ) | |
| *Defendant*. | ) | Hearing Date: March 20, 2025 |
| | ) | |

## JOINT MOTION TO CONTINUE

The United States of America, by and through undersigned counsel, respectfully moves this Honorable Court to continue the above-captioned matter to September 18, 2025. Counsel for the defendant joins the United States in this motion.

WHEREFORE, for the reasons stated above, the United States moves this Honorable Court to grant this Motion to Continue this matter to September 18, 2025.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
Thomas M. Kersey    VSB #93602
Special Assistant United States Attorney (Pentagon)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office        (703) 697-6664
Cell           (571) 329-1527
Email        thomas.m.kersey.civ@mail.mil

## CERTIFICATE OF SERVICE

I certify that on March ___14___, 2025, I caused a true and accurate copy of the foregoing document, with any indicated attachments, to be served on the defendant, by emailing the same.

By: _____/s/_____
Thomas M. Kersey   VSB #93602
Special Assistant United States Attorney (Pentagon)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office        (703) 697-6664
Cell          (571) 329-1527
Email         thomas.m.kersey.civ@mail.mil