IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 1:25-PO-00343-IDD |
| v. | ) | |
| | ) | Pentagon Docket |
| CHARLES PENA LOPEZ, | ) | |
| *Defendant*. | ) | Hearing Date: March 20, 2025 |
| | ) | |

## ORDER

The UNITED STATES, joined by the Defendant, having moved to continue the above-captioned matters to September 18, 2025; and

UPON CONSIDERATION WHEREOF, it is the opinion of the Court that said Motion should be and hereby is granted; it is therefore

ORDERED that the above-captioned matters be continued to September 18, 2025.

ENTERED this 14th day of March, 2025.

Digitally signed by Ivan Davis
Date: 2025.03.14 10:51:17 -04'00'

IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE